F. Christopher Austin, Esq.
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendants, Jay Morrison Academy, LLC
And Morrison Holdings, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| WILL ROUNDTREE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAY MORRISON ACADEMY, LLC and MORRISON HOLDINGS, LLC<br><br>Defendants. | Case No.: 2:22-CV-1196-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff WILL ROUNDTREE and Defendants JAY MORRISON ACADEMY LLC ("JMA") and MORRISON HOLDINGS LLC ("MH"), by and through their respective counsel of record, Tiffany Hill of TH Legal Consulting, LLC and Eric S. Powers of Powers Law on behalf of Plaintiff, and F. Christopher Austin of Weide & Miller, Ltd., appearing on behalf of Defendants, hereby agree and stipulate for an extension of time for Defendants to file and serve their answers or other responses to the Complaint from the current deadline of August 18, 2022, up to and including September 9, 2022. This is the first request by the parties for such an extension.

Federal Rules of Civil Procedure 6(b) provides in pertinent part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) … if request is made, before the time or its extension expires …." Fed. R. Civ. P. 6(b). Indeed, "[u]nder Federal Rule of Civil Procedure 6(b), the court may, for good cause, extend a deadline if a request is made "before the original time or its extension expires …. The Ninth Circuit has equated good

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1455                           1

cause with the exercise of due diligence." *Maxson v. H&R Block, Inc.*, Case No.: 2:16-cv-00152-APG-CWH, 2017 WL 1078633, at *2 (D. Nev. Mar. 21, 2017) (citations omitted).

This stipulation is made before the expiration of the "original time" and good cause exists for the stipulated extension to provide Defendants with an opportunity to consult with their recently retained undersigned Defense counsel in this matter. Mr. Austin will be out of the country in connection with a previously planned visit to family from August 21, 2022, through September 2, 2022, and will not be available to consult with Defendants on this matter until his return to his office on September 5, 2022.

For the foregoing reasons, the parties hereby stipulate to extend the deadline for the Defendants to answer or otherwise respond to the Complaint to September 9, 2022.

DATED: August 15, 2022.

**IT IS SO AGREED AND STIPULATED:**

By: */s/ Eric S. Powers,*
Eric S. Powers, Esq. (NVB 12850)
**POWERS LAW**
2460 Professional Court, Suite 200
Las Vegas, NV 89128
eric@ericpowerslaw.com
702-868-8000

Tiffany Hill, Esq.
*Pro Hac Vice Pending*
**TH LEGAL CONSULTING, LLC**
PO Box 5302
Edmond, OK 73083
thlegalconsulting@gmail.com

*Attorneys for Plaintiff Will Roundtree*

**WEIDE & MILLER, LTD.**

By: */s/ F. Christopher Austin*
F. Christopher Austin, Esq. (NVB 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
caustin@weidemiller.com
702-382-4804

*Attorneys for Defendants, Jay Morrison Academy, LLC and Morrison Holdings, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2022

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1455                                    2